# EXHIBIT A

```
FUNCTION = INQUIRE                                              CASE SCREEN 4
     Case number : 17-C-1587                        Action Log
          DENNIS GRAHAM HOLLORAN           vs. GREENWOOD, INC.,
Line   Date                      Action / Results
  1  11/17/17 # CASE INFO SHEET; COMPLAINT; ISSUED SUM & 3 CPYS; F FEE; RCPT
  2           # 556498; $230.00
  3  11/27/17 # LET FR SS DTD 11/21/17; SUM W/RET (11/21/17 SS) AS TO
  4           # GREENWOOD, INC
  5  12/05/17 # E-CERT FR SS AS TO GREENWOOD INC DTD 11/27/17
  6  12/11/17 # SUM W/RET (11/28/17 SP) AS TO KENNY STEEN
  7  12/11/17 # NOT OF BONA FIDE DEF OF KENNY STEEN W/COS




  C=Chg   D=Del   1-4=Scr   M=Menu   T=Chg Line#   PgUp PgDn P=Prt A=Add I=Image
```

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**DENNIS GRAHAM HOLLORAN**

    **Plaintiff,**

v.                                              Civil Action No. 17-C-1587 King

**GREENWOOD, INC., and**
**KENNY STEEN, an individual,**

    **Defendants.**

# SUMMONS

To the above-named Respondent:      **KENNETH STEEN**
                                                      **c/o GREENWOOD INC.**
                                                      **437 MacCorkle Avenue, S.W.**
                                                      **South Charleston, WV 25309**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Carbone & Blaydes, PLLC, Petitioner's attorney, whose address is 2442 Kanawha Blvd., E., Charleston, WV 25311, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred for asserting in another action any claim you may have which must be asserted by counterclaim in the above styled action.

Dated: 11/17/17

                                                                               **Cathy S. Gatson, Clerk**
                                                                               Clerk of Court

                                                                  By: _____
                                                                        Deputy Clerk

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

DENNIS GRAHAM HOLLORAN,

    Plaintiff,

v.                                     Civil Action No. 17-C-1587 King

GREENWOOD, INC., and
KENNY STEEN, an individual,

    Defendants.

## COMPLAINT

### I. JURISDICTION AND VENUE

1. Plaintiff, Dennis Graham, a former employee of Defendant GreenWood Inc., brings this action to redress the wrongs done to him by way of Defendants engaging in age discrimination.

2. Jurisdiction of this Court is invoked pursuant to the West Virginia Code, §55-2-1, et seq.

3. Venue is appropriate pursuant to West Virginia Code, §56-1-1.

### II. PLAINTIFF AND DEFENDANTS

4. Plaintiff, Dennis Graham Holloran is an individual residing in Putnam County at 1358 Riverdale Estates, Winfield, West Virginia 25213, and over the age of forty (40).

5. Defendant GreenWood, Inc., upon information and belief, is a South Carolina corporation with its corporate headquarters located at 160 Milestone Way, Greenville, South Carolina, with its West Virginia operation located at 437 MacCorkle Avenue, S.W., South Charleston, West Virginia, 25303.

6. Defendant Kenny Steen, upon information and belief, is a resident of Kanawha

County, West Virginia.

### III. FACTUAL BACKGROUND

7. Plaintiff incorporates by reference herein the allegations set forth in ¶1-6 above.

8. Plaintiff was an employee of the Defendant GreenWood, Inc. The Plaintiff was employed as an electrician.

9. The Plaintiff worked out of Defendant GreenWood Inc.'s South Charleston, West Virginia, location.

10. On or about May 15, 2017, the Plaintiff was laid off from his employment with Defendant GreenWood, Inc. for lack of work.

11. The Plaintiff was over the age of forty (40) when laid off by Defendant GreenWood, Inc.

12. Defendant Kenny Steen is the Area Project Manager for Defendant's GreenWood Inc.'s South Charleston, West Virginia, operations and was the Plaintiff's ultimate Supervisor. In addition, upon information and belief, Defendant Kenny Steen made the decision to lay off the Plaintiff.

13. At the time that the Plaintiff was laid off, the Defendants retained the employees under the age of forty (40) with less experience than the Plaintiff.

14. At the time of the lay off the Plaintiff was told that when work improved he would be called back. Upon information and belief, the Defendants have been advertising for electricians at the South Charleston facility. The Plaintiff has not been called back to employment.

### IV. AGE DISCRIMINATION

15. Plaintiff incorporates by reference herein the allegations set forth in ¶1-14 above.

16. The Plaintiff is a member of a protected class, over the age of forty (40) years.

17. The Defendants, on or about May 15, 2017, laid off the Plaintiff.

18. The Defendants lay off was based on the Plaintiff's age and not loss of work, since the Defendants retain employees that were under the age of forty (40) years and with less work experience.

19. Plaintiff has suffered extreme financial loss proximately caused by the actions of the Defendants.

20. By the actions above, the Defendants engaged in age discrimination against the Plaintiff.

## PRAY FOR RELIEF

WHEREFORE, Plaintiff respectfully prays:

1. That Plaintiff be awarded back pay and front pay;

2. That Plaintiff be awarded pre-judgment interest as allowed by law;

3. Grant punitive damages to Plaintiff; and,

4. That Plaintiff be awarded reasonable attorney fees and costs incurred in prosecuting this action; and,

5. That this Court grant Plaintiff any further relief it deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DENNIS GRAHAM HOLLORAN,
By Counsel

_/s/ Mark W. Carbone_
Mark W. Carbone (WV State Bar #6291)
CARBONE & BLAYDES, P.L.L.C.
2442 Kanawha Boulevard, East
Charleston, WV 25311
(304) 342-3650 telephone
(304) 342-3651 facsimile
wvjustice@aol.com
*Counsel for Plaintiff*

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

In the Circuit Court of, Kanawha County, West Virginia

FILED
2017 NOV 17 *** 1:51
CATHY S. GATSON, CLERK
KANAWHA COUNTY CIRCUIT COURT

### CASE STYLE

Plaintiff(s)

**DENNIS GRAHAM HOLLORAN**
1358 Riverdale Estates
Winfield, WV 25213

Case # 17-C-1587

Judge: King

v.

Defendant(s)

| | Days to Answer | Type of Service |
|---|---|---|
| **GREENWOOD INC.**<br>c/o Registered Agent Solutions, Inc.<br>555 Poca River Road, North<br>Poca, WV 25159 | 30 | Corporate |
| **KENNY STEEN**, an individual,<br>c/o GREENWOOD INC.<br>437 MacCorkle Avenue, S.W.<br>South Charleston, WV 25309 | 20 | |

Original and _____ copies of complaint enclosed/attached.

| | |
|---|---|
| <u>Plaintiffs</u>: Dennis Graham Holloran<br><u>Defendants</u>: GreenWood, Inc. & Kenneth Steen | Case Number: |

II. TYPE OF CASE:

▣ General Civil                ☐ Adoption

☐ Mass Litigation           ☐ Administrative Agency Appeal
   (As defined in T.C.R. Rule XIX (c))
                                       ☐ Civil Appeal from Magistrate Court
        ☐ Asbestos
        ☐ Carpal Tunnel Syndrome       ☐ Miscellaneous Civil Petition
        ☐ Diet Drugs
        ☐ Environmental                  ☐ Industrial Hearing Loss
        ☐ Mental Hygiene
        ☐ Silicone Implants              ☐ Guardianship
        ☐ Other: _____
                                         ☐ Medical Malpractice

☐ Habeas Corpus/Other Extraordinary Writ

☐ Other: _____

III. JURY DEMAND: ▣ YES   ☐ NO

      CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): <u>12/2018</u>

DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY? ☐ YES  ▣ NO

      IF YES, PLEASE SPECIFY
      ☐ Wheelchair
      ☐ Interpreter or other auxiliary aid for the hearing impaired
      ☐ Reader or other auxiliary aid for the visually impaired
      ☐ Spokesperson or other auxiliary aid for the speech impaired
      ☐ Other: _____

Attorney Name: <u>Mark W. Carbone</u>            Representing:
Firm:                <u>Carbone & Blaydes, P.L.L.C.</u>    ▣ Plaintiff    ☐ Defendant
Address:          <u>2442 Kanawha Blvd., East</u>    ☐ Cross-Complainant   ☐ Cross-Defendant
                     <u>Charleston, WV 25311</u>
Telephone:       <u>(304) 342-3650</u>

Dated: <u>November 17, 2017</u>

                                                                      _/s/ Mark W. Carbone_
                                                                          Signature

☐ Proceeding Without an Attorney



| | | |
|---|---|---|
| | Chase Tower, 17th Floor | Writer's Contact Information |
| | P.O. Box 1588 | |
| | Charleston, WV 25326-1588 | (304) 353-8116 |
| | (304) 353-8000   (304) 353-8180 Fax | Bryan.Cokeley@Steptoe-Johnson.com |
| | www.steptoe-johnson.com | |

December 8, 2017

Cathy S. Gatson, Clerk
Circuit Court of Kanawha County
Kanawha County Judicial Annex
111 Court Street
Charleston, WV 25301

    Re: *Dennis Graham Holloran v. Greenwood, Inc. and Kenny Steen, an individual,*
      Civil Action No.: 17-C-1587

Dear Ms. Gatson:

  Enclosed please find the original of a **Notice of Bona Fide Defense of Kenny Steen** for filing in the above-referenced matter.

  Please mark this document "filed" and place it in the appropriate Court file. A copy of this has been served upon counsel of record.

  Thank you for your assistance in this matter.

            With warmest regards,

            Bryan R. Cokeley /pjc

BRC/pjc
Enclosure
cc (w/enc.): Mark W. Carbone, Esquire

West Virginia • Ohio • Kentucky • Pennsylvania • Texas • Colorado

TERRALEX

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

DENNIS GRAHAM HOLLORAN,

    Plaintiff,

V.                                  CIVIL ACTION NO.: 17-C-1587

GREENWOOD, INC., and
KENNY STEEN, an individual,

    Defendants.

## NOTICE OF BONA FIDE DEFENSE OF KENNY STEEN

Please take notice that Defendant Kenny Steen has a bona fide defense, including matters covered by Rule 12(b) of the West Virginia Rules of Civil Procedure, to the Complaint served upon him in this action and that, in accordance with Rule 12(a) of said Rules, his response to said Complaint will be served within thirty (30) days after the date of service.

Dated this 8th day of December, 2017.

                                                          KENNY STEEN,

                                                          By Counsel,

                                                          Bryan R. Cokeley, Esq. (WV Bar No. 774)
                                                          Mark C. Dean, Esq. (WV Bar No. 12017)
                                                           STEPTOE & JOHNSON PLLC
                                                           P.O. Box 1588
                                                           Charleston, WV 25326-1588
                                                           Telephone (304) 353-8000
                                                           Facsimile (304) 353-8180
                                                           Jan.Fox@Steptoe-Johnson.com
                                                           Mark.Dean@Steptoe-Johnson.com

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

DENNIS GRAHAM HOLLORAN,

      Plaintiff,

V.                                            CIVIL ACTION NO.: 17-C-1587

GREENWOOD, INC., and
KENNY STEEN, an individual,

      Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2017 I served the foregoing "Notice of Bona Fide Defense of Kenny Steen" with the Clerk of the Court and delivered same to all parties by depositing a true copy thereof in the United States mail, postage prepaid, addressed as follows:

        Mark W. Carbone
        Carbone & Blaydes, P.L.L.C.
        2442 Kanawha Blvd., East
        Charleston, WV 25301

        Bryan R. Cokeley (WV Bar 774)
        Mark C. Dean (WV Bar #12017)